[None]

UNITED STATES
v.
WABOUSE, A CHIPPEWA INDIAN

1806

JOURNAL ENTRIES

1. Indictment delivered . . . . . . . . *Journal, infra,* \*p. 23
2. Arraignment; plea; jurors; verdict . . . . . . " 23
3. Sentence . . . . . . . . . . . . . " 25

PAPERS IN FILE

[None]